1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGIDA A. UGALE<br><br>             Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>             Defendant. | Case No.: 8:16-CV-00942-DOC-AGR<br><br>**ORDER [18]** |

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED that all claims of the Plaintiff Brigida A. Ugale against the Defendant Citibank, N.A. are dismissed, with prejudice. Plaintiff and Defendant shall each bear their own attorneys' fees, cost and expenses.

IT IS SO ORDERED.

Date: _____ June 11 , 2018.                    _David O. Carter_____
                                                          Hon. David O. Carter
                                                          United States District Judge

1